## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MICHAEL TODD MANNING**                                                                 **PLAINTIFF**

v.                                       Case No. 3:22-cv-305-JM

**CINDY LUANN RICHARDSON,** *et al.*                                       **DEFENDANTS**

### ORDER

Plaintiff Michael Todd Manning's motion to proceed *in forma pauperis* is granted.[1] He reports living on social security disability income.[2] The law requires that I screen the Complaint.[3]

Mr. Manning's allegations are identical to previously dismissed claims.[4] He again contends that Cindy LuAnn Richardson "and her group" have placed a radio tracker on him without his permission.[5] He again says that he has continually been stalked, harassed, and tormented with radiation, which has prevented him from thinking freely.[6] An action is frivolous if its allegations are "fanciful . . . fantastic or delusional," its "factual contentions are clearly baseless," or it is "based on an indisputably meritless legal theory."[7] A "finding of frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible."[8] Mr. Manning's claims fall into this category. Accordingly, his complaint will be dismissed without prejudice.

---

[1] *See Martin-Trigona v. Stewart*, 691 F.2d 856, 857 (8th Cir. 1982) (*per curiam*) (complaint can be filed if plaintiff qualifies by economic status under 28 U.S.C. § 1915(a)).

[2] Pl.'s Mtn. for Leave to Proceed IFP, Doc. 1.

[3] 28 U.S.C. § 1915(e)(2).

[4] *Manning v. Richardson*, No. 3:22cv259-JM (Eastern District of Arkansas).

[5] Complaint, Doc. 2 at 6.

[6] *Id*.

[7] *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992); *Nietzke v. Williams*, 490 U.S. 319, 327-29 (1989).

[8] *Denton*, 504 U.S. at 33.

IT IS THEREFORE ORDERED that:

1. Mr. Manning's motion to proceed *in forma pauperis* (Doc. 1) is GRANTED.

2. The Complaint (Doc. 2) is DISMISSED without prejudice.

3. The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.[9]

Dated, this 6th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[9] 28 U.S.C. § 1915(a)(3).