# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHAEL TODD MANNING**                                                                 **PLAINTIFF**

v.                              Case No. 3:22-cv-305-KGB

**CINDY LUANN RICHARDSON,** *et al*.                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Michael Todd Manning's complaint is dismissed without prejudice. The Court denies the relief requested. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 27th day of February, 2023.

_____
Kristine G. Baker
United States District Judge